UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

KODACO CO., LTD.                                                          PLAINTIFF

v.                                               CIVIL ACTION NO.: 3:23-CV-211-GHD-JMV

VALLEY TOOL, INC.; et al.                                            DEFENDANTS

## ORDER DISMISSING ACTION

The Court has been advised by counsel that this action has been resolved or is in the process

of being resolved. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court therefore ORDERS that this action be DISMISSED without prejudice. The Court

retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the

resolution of this matter has not been completed and further litigation is necessary.

SO ORDERED THIS the 2nd day of October, 2024.

_____
SENIOR U.S. DISTRICT JUDGE