# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**KODACO CO., LTD**     **PLAINTIFF**

**VS.**     **CAUSE NO. 3:23CV211-GHD-JMV**

**VALLEY TOOL, INC.; WAREHOUSE 72, LLC;
FRANK HYDE, JR.; SASHA HYDE;
CAYCE WASHINGTON;
MICHELLE WASHINGTON;
AND JOHN DOES 1-3**     **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

UPON CONSIDERATION of the Stipulation and the Joint *ore tenus* Motion to Dismiss by the parties, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Complaint and any Amendments, and all claims set forth therein, are hereby **DISMISSED**, with prejudice, for reason of settlement.

Each party to bear their own costs.

**SO ORDERED** this the 6th day of January, 2025.

/s/ _____
SENIOR U.S. DISTRICT JUDGE

**Agreed by:**

*/s/ Robert F. Stacy, Jr. by William Stewart, w/ Permission*
Robert F. Stacy, Jr. (MSB #7764)
Lauren E. Ward (MSB #105019)
Daniel Coker Horton & Bell, P.A.
265 North Lamar Boulevard, Suite R
Oxford, Mississippi 38655
Tel: (662) 232-8979
Fax: (662) 232-8940
rstacy@danielcoker.com
lward@danielcoker.com
*Attorneys for Plaintiff*

*/s/ James M. Tyrone by William Stewart, w/ Permission*
James J. Crongeyer, Jr. (MSB #10536)
James M. Tyrone (MSB #102381)
Watkins & Eager PLLC
400 East Capitol Street, Suite 300 (39201)
Post Office Box 650
Jackson, MS 39205
Tel: (601) 965-1900
Fax: (601) 965-1901
jcrongeyer@watkinseager.com
mtyrone@watkinseager.com

*/s/ Jay Atkins by William Stewart, w/ Permission*
Jay Atkins (MSB #100513)
MCANGUS GOUDELOCK & COURIE
119 North 9th Street
Oxford, MS 38655
Tel: (662) 281-7871
Facsimile: (662) 259-8460
jay.atkins@mgclaw.com

*Attorneys for Defendants, Valley tool, Inc., Cayce Washington, and Michelle Washington*

*/s/ H. Scot Spragins by William Stewart, w/ Permission*
H. Scot Spragins (MSB #7748)
Brian A. Clark (MSB #100736)
Hickman, Goza & Spragins, PLLC
1305 Madison Avenue
Oxford, MS 38655
Tel: (662) 234-4000
Fax: (662) 234-2000
SSpraggins@hickmanlaw.com


*/s/ William B. Stewart*
William B. Stewart (MSB #99243)
Copeland Cook Taylor & Bush
600 Concourse, Suite 200
1076 Highland Colony Parkway
Ridgeland, MS 39157
Tel: (601) 427.1207 (Direct)
wstewart@cctb.com

*Attorneys for Defendants, Warehouse 72, LLC, Frank Hyde, Jr., Sasha Hyde, Cayce Washington, and Michelle Washington*